IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOE NATHAN GILES, #123350, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-275-WHA |
| | ) | |
| JEFFERSON S. DUNN, et al., | ) | (wo) |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 4, 2017, the Magistrate Judge entered a Recommendation that this case be transferred to the United States District Court for the Northern District of Alabama for review and disposition (Doc. #3). No timely objections have been filed to the Recommendation. After an independent review of the file in this case, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

DONE this 26th day of May, 2017.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE